IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


STANLEY ROBINSON,
　　　　Petitioner,

vs.　　　　　　　　　　　　　　　　　　　　　Case No.: 3:06cv68/MCR/EMT

JAMES R. McDONOUGH,
　　　　Respondent.
_____/

## ORDER

　　　　Now pending is Respondent's motion to dismiss (Doc. 17) the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  Respondent seeks dismissal of the petition on the basis that it was untimely filed pursuant to 28 U.S.C. § 2244(d).  Petitioner responded to the motion to dismiss, arguing that Respondent failed to include two state post-conviction applications as tolling events in its timeliness calculation, specifically, a petition for writ of habeas corpus filed with the trial court on January 10, 2003, and a petition for writ of mandamus filed with the Florida First District Court of Appeal (First DCA) on July 12, 2005 (Doc. 20).

　　　　This court finds that review of Petitioner's petition for writ of habeas corpus filed with the trial court on January 10, 2003, and the order denying the petition on July 18, 2005, is necessary for resolution of the timeliness issue.  Therefore, Respondent shall be required to expand the record with a copy of these documents, pursuant to Rule 7 of the Rules Governing Section 2254 Cases.  Upon receipt of the documents, the court will provide Petitioner an opportunity to admit or deny the correctness of the additional documents.

　　　　Additionally, Respondent shall be required to file a memorandum addressing whether the state habeas proceeding and the mandamus action filed in the First DCA on July 12, 2005, tolled the federal limitations period and, if so, the period of time that was tolled, i.e. the period of time that the

applications were "pending" for purposes of 28 U.S.C. § 2244(d)(2).

Accordingly, it is **ORDERED**:

Within **THIRTY (30) DAYS** from the date of docketing of this order, Respondent shall file a copy of the documents identified in this order.  Additionally, within that time Respondent shall file a memorandum addressing the issues identified in this order.

**DONE AND ORDERED** this 27th day of September 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**