**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STANLEY ROBINSON,
    Petitioner,

vs.                              Case No.: 3:06cv68/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 9, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's amended motion to dismiss (Doc. 25) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

**DONE AND ORDERED** this 14th day of March, 2007.

                            _s/ M. Casey Rodgers_
                            **M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE**